**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

VIACHESLAV ASALKHANOV,

Petitioner,

v. Case No. 2:25-cv-1298-MSN-tmp

CHRISTOPHER BULLOCK,

Respondent.

---

**ORDER GRANTING LEAVE TO PROCEED *IN FORMA PAUPERIS* ON APPEAL**

---

Before the Court is Petitioner's Motion for Pauper Status (ECF No. 29). A party who seeks to proceed *in forma pauperis* on appeal must obtain pauper status under Federal Rule of Appellate Procedure 24(a). *See Hayes v. U.S. Treasury*, 2013 WL 5739206, at *1 (W.D. Tenn. Oct. 22, 2013). To do that, the party must file a motion in the district court and attach an affidavit that (A) shows in detail as prescribed in Form 4, the party's ability or inability to pay or give security for fees and costs; (B) claim an entitlement to redress; and (C) state the issues that he intends to raise on appeal. Fed. R. App. P. 24(1)(A)–(C).

Petitioner has submitted a properly completed and executed affidavit showing his inability to pay or give security for fees and costs, claiming entitlement to redress, and stating the issues that he intends to raise on appeal. (*See* ECF No. 29.) Petitioner has therefore satisfied the requirements of Federal Rule of Appellate Procedure 24(a), and the Motion is **GRANTED**. Petitioner may proceed on appeal without paying fees and costs.

**IT IS SO ORDERED**, this 28th day of October, 2026.

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE